| UNITED STATES DISTRICT COURT | NORTHERN DISTRICT OF CALIFORNIA |
|---|---|

| | |
|---|---|
| Elretha Perkins and Laronica Johnson, individually and on behalf of all others similarly situated<br>                              Plaintiffs,<br><br>v.<br><br>Wells Fargo, N.A., a Delaware Corporation; Wells Fargo Home Mortgage, Inc., a Delaware Corporation<br>                              Defendants, | Court File Number<br>4:22-cv-03455-DMR<br><br>**AFFIDAVIT OF SERVICE** |

State of Delaware    )
County of New Castle ) SS

I, Kevin S. Dunn, state that on Thursday, June 23, 2022 at 12:15 PM I served the Summons; Complaint; Civil Cover Sheet upon Wells Fargo Home Mortgage, Inc., a Delaware Corporation, therein named, personally at Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808, by handing to and leaving with LYNANNE GARES, Service of Process Specialist at Corporation Service Company, the Registered Agent for Wells Fargo Home Mortgage, Inc., a Delaware Corporation, expressly authorized to accept service of process for same, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: 6/23/2022          _____
                          Kevin S. Dunn

---

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.



Serial # GUSGL 270761 1398

Re: Perkins v. Wells Fargo



**Metro Legal**
legal support specialists since 1969

616 South 3rd Street
Minneapolis, MN 55415
(800) 488-8994
www.metrolegal.com

| UNITED STATES DISTRICT COURT | NORTHERN DISTRICT OF CALIFORNIA |
|---|---|
| Elretha Perkins and Laronica Johnson, individually and on behalf of all others similarly situated<br>　　　　　　　　　　　　　　　Plaintiffs, | Court File Number<br>4:22-cv-03455-DMR |
| v. | **AFFIDAVIT OF SERVICE** |
| Wells Fargo, N.A., a Delaware Corporation; Wells Fargo Home Mortgage, Inc., a Delaware Corporation<br>　　　　　　　　　　　　　　　Defendants, | |

State of California ⎫<br>
County of Placer　 ⎬ SS<br>
　　　　　　　　　 ⎭

I, Robert J. Mason, state that on Thursday, June 23, 2022 at 2:44 PM I served the Summons; Complaint; Civil Cover Sheet upon Wells Fargo, N.A., a Delaware Corporation, therein named, personally at 1505 Corporation 538, c/o CSC, Suite 150N, 2710 Gateway Oaks Drive, Sacramento, CA 95833, by handing to and leaving with Koy Saechao, Service of Process Specialist at 1505 Corporation 538, c/o CSC, the Registered Agent for Wells Fargo, N.A., a Delaware Corporation, expressly authorized to accept service of process for same, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

　　　　　　　　　　　　Dated: _____/_____/2022　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Robert J. Mason

---

\* Service was completed by an independent contractor retained by Metro Legal Services, Inc.



Serial # GUSGL 270760 1397

Re: Perkins v. Wells Fargo



legal support specialists since 1969

616 South 3rd Street
Minneapolis, MN 55415
(800) 488-8994
www.metrolegal.com

-1-