Dennis Stewart (SBN 99152)
**GUSTAFSON GLUEK PLLC**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 595-3299
Fax: (612) 339-6622
dstewart@gustafsongluek.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ELRETHA PERKINS and LARONICA JOHNSON, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br>　vs.<br><br>WELLS FARGO, N.A., a Delaware Corporation; WELLS FARGO HOME MORTGAGE, INC., a Delaware Corporation,<br><br>　　　　　　　Defendants. | Case No. 3:22-cv-03455-JD<br><br>**NOTICE OF CHANGE OF ADDRESS FOR GUSTAFSON GLUEK PLLC AND DENNIS STEWART** |

---

NOTICE OF CHANGE OF ADDRESS

1  TO: The Clerk of the Court and to All Parties and Counsel of Record:

2       PLEASE TAKE NOTICE THAT attorney Dennis Stewart files this Notice of Change of

3  Address and hereby notifies the Court and all parties that the law firm of Gustafson Gluek PLLC

4  located at 600 B Street, 17th Floor, San Diego, CA 92101 has changed their address to:

GUSTAFSON GLUEK PLLC
600 W. Broadway, Suite 3300
San Diego, CA 92101

     All pleadings, orders, notices, discovery, and other documents should be served on counsel at:

GUSTAFSON GLUEK PLLC
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 595-3299
Fax: (612) 339-6622
dstewart@gustafsongluek.com

Dated:  August 4, 2022

Respectfully submitted,

/s/Dennis Stewart
Dennis Stewart (SBN 99152)
**GUSTAFSON GLUEK PLLC**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 595-3299
Fax: (612) 339-6622
dstewart@gustafsongluek.com

***Counsel for Plaintiffs***