1  Amanda L. Groves (SBN: 187216)
   agroves@winston.com
2  Kobi K. Brinson (*Admitted pro hac vice*)
   kbrinson@winston.com
3  Winston & Strawn LLP
   333 S. Grand Avenue, 38th Floor
4  Los Angeles, CA 90071
   Telephone: (213) 615-1700
5  Facsimile: (213) 615-1750

6  Ava E. Lias-Booker (*Admitted pro hac vice*)
   alias-booker@mcguirewoods.com
7  Alicia A. Baiardo (SBN: (SBN 254228)
   abaiardo@mcguirewoods.com
8  McGuire Woods LLP
   Two Embarcadero Center
9  Suite 1300
   San Francisco, CA  94111-3821
10 Telephone: (415) 844-9944
11 Facsimile: (415) 844-9922

12 *(Additional Counsel on Signature Page)*

13 Attorneys for Defendants
   WELLS FARGO BANK, N.A.,
14 WELLS FARGO HOME MORTGAGE, INC., and
   WELLS FARGO & COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELRETHA PERKINS and LARONICA JOHNSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>WELLS FARGO BANK, N.A. and WELLS FARGO HOME MORTGAGE, INC.,<br><br>Defendants. | Case No. 3:22-cv-3455-JD<br><br>**NOTICE OF LODGING OF WELLS FARGO BANK, N.A. AND WELLS FARGO & COMPANY'S MOTION TO CONSOLIDATE** |

| | |
|---|---|
| 1 | TO THE HONORABLE JAMES DONATO, UNITED STATED DISTRICT COURT |
| 2 | JUDGE, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: |
| 3 | PLEASE TAKE NOTICE that on August 5, 2022, Defendants Wells Fargo Bank, N.A. and |
| 4 | Wells Fargo & Co.'s Motion to Consolidate was filed in the case of *Williams v. Wells Fargo Bank,* |
| 5 | *N.A., et al.*, Northern District of California Case No. 3:22-cv-00990-JD |
| 6 | A true and correct copy of the Motion to Consolidate is hereby lodged with this Court as |
| 7 | Exhibit A to this Notice of Lodging. |

Dated: August 5, 2022

**WINSTON & STRAWN LLP**

By: /s/ *Amanda L. Groves*
Amanda L. Groves
agroves@winston.com
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Kobi K. Brinson (*admitted pro hac vice*)
kbrinson@winston.com
Stacie C. Knight (*admitted pro hac vice*)
sknight@winston.com
300 South Tryon Street, 16th Floor
Charlotte, NC 28202
Telephone: (704) 350-7700
Facsimile: (704) 350-7800

**MCGUIREWOODS LLP**

By: /s/ *Alicia A. Baiardo*
Ava E. Lias-Booker (*admitted pro hac vice*)
alias-booker@mcguirewoods.com
Alicia A. Baiardo
abaiardo@mcguirewoods.com
Jasmine K. Gardner (*admitted pro hac vice*)
jgardner@mcguirewoods.com
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111-3821
Telephone: (415) 844-9944
Facsimile: (415) 844-9922

Attorneys for Defendants
WELLS FARGO BANK, N.A. and WELLS FARGO HOME MORTGAGE, INC.