**WINSTON & STRAWN LLP**
AMANDA L. GROVES (SBN 187216)
agroves@winston.com
KOBI K. BRINSON (*Pro Hac Vice*)
kbrinson@winston.com
STACIE C. KNIGHT (*Pro Hac Vice*)
sknight@winston.com
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071
Telephone: 213.615.1700
Facsimile: 213.615.1750

*Attorneys for Defendants Wells Fargo Bank, N.A. and Wells Fargo & Co.*

**MCGUIREWOODS LLP**
AVA E. LIAS-BOOKER (*Pro Hac Vice*)
aliasbooker@mcguirewoods.com
ALICIA A. BAIARDO (SBN 254228)
abaiardo@mcguirewoods.com
JASMINE K. GARDNER (*Pro Hac Vice*)
jgardner@mcguirewoods.com
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111-3821
Telephone: 415.844.9944
Facsimile: 415.844.9922

*Attorneys for Defendants Wells Fargo Bank, N.A. and Wells Fargo & Co.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELRETHA PERKINS and LARONICA JOHNSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO, N.A., a Delaware Corporation; WELLS FARGO HOME MORTGAGE, INC., a Delaware Corporation,<br>Defendants. | Case No. 3:22-cv-3455-JD<br><br>Hon. James Donato<br><br>**NOTICE OF LODGING OF STIPULATION REGARDING BRIEFING SCHEDULE AND HEARING ON DEFENDANTS' MOTION TO CONSOLIDATE THE RELATED CASES** |

TO THE HONORABLE JAMES DONATO, UNITED STATES DISTRICT COURT JUDGE, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on August 8, 2022, Defendants Wells Fargo Bank, N.A. and Wells Fargo & Co.'s Stipulation Regarding Briefing Schedule and Hearing on Plaintiffs' Motion to Appoint Interim Counsel for a Putative Refinancing Class was filed in the case of *Williams v. Wells Fargo Bank, N.A., et al.*, Northern District of California Case No. 3:22-cv-00990-JD.

A true and correct copy of the Stipulation is hereby lodged with this court as Exhibit A to this Notice of Lodging.

DATED:  August 8, 2022

**WINSTON & STRAWN LLP**

By: /s/ *Amanda L. Groves*
Amanda L. Groves
agroves@winston.com
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Kobi K. Brinson (*admitted pro hac vice*)
kbrinson@winston.com
Stacie C. Knight (*admitted pro hac vice*)
sknight@winston.com
300 South Tryon Street, 16th Floor
Charlotte, NC 28202
Telephone: (704) 350-7700
Facsimile: (704) 350-7800

**MCGUIREWOODS LLP**

By:/s/ *Alicia A. Baiardo*
Ava E. Lias-Booker (*admitted pro hac vice*)
alias-booker@mcguirewoods.com
Alicia A. Baiardo
abaiardo@mcguirewoods.com
Jasmine K. Gardner (*admitted pro hac vice*)
jgardner@mcguirewoods.com
Two Embarcadero Center, Suite 1300
San Francisco, CA  94111-3821

-2-
NOTICE OF LODGING OF STIPULATION REGARDING BRIEFING SCHEDULE AND HEARING ON DEFENDANTS' MOTION TO CONSOLIDATE THE RELATED CASES **Case: 3:22-cv-3455-JD**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Telephone: (415) 844.9944
Facsimile: (415) 844.9922

*Attorneys for Defendants*
WELLS FARGO BANK, N.A.,
WELLS FARGO HOME MORTGAGE, INC.,
AND WELLS FARGO & COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2022, I electronically filed the foregoing document entitled **NOTICE OF LODGING OF STIPULATION REGARDING BRIEFING SCHEDULE AND HEARING ON DEFENDANTS' MOTION TO CONSOLIDATE THE RELATED CASES** with the Clerk of the Court for the United States District Court, Northern District of California using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

Dated: August 8, 2022

By: */s/ Alicia A. Baiardo*
Alicia A. Baiardo